UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non-Profit Corporation and DENISE PAYNE, Individually, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:12-CV-386-FL |
| BELK, INC., A Delaware Corporation, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 15. 2013, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 15, 2013, and Copies To:**
Jacqueline Yvonne London (via CM/ECF Notice of Electronic Filing)
Gregory P. McGuire (via CM/ECF Notice of Electronic Filing)
Kimberly Joyce Lehman (via CM/ECF Notice of Electronic Filing)


April 15, 2013                           JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk